IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

Dave Szarf,

    Plaintiff

vs.

High Tech Communications, Inc., d/b/a
Cellular Plus, and Scott A. Jones,

    Defendant

Case No: 3:10-CV-0203,
Judge Echols

Mag. Judge Griffin

JURY DEMAND

## NOTICE OF FILING

Comes now the Plaintiff, Dave Szarf,, by and through counsel, and hereby gives notice as to the filing of the Plaintiff Consent Form.

Respectfully Submitted,

HIGGINS & HIMMELBERG

_/s/ Jonathan A. Street_
Jonathan A. Street, # 21712
Attorney for Plaintiff
116 3rd Avenue South
Nashville, Tennessee 37201
(615) 353-0930

## CERTIFICATE OF SERVICE

I certify that on April 7, 2010, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to Nanette J. Gould, 2021 Richard Jones Road, Suite 350, Nashville, Tennessee 37215.

_/s/ Jonathan Street_
JONATHAN A. STREET

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Dave Szarf, | |
| Plaintiff, | |
| vs. | Case No: 3:10-CV-0203 |
| | Judge Echols |
| High Tech Communications, Inc., d/b/a Cellular Plus, and Scott A. Jones, | Magistrate Judge Griffin |
| Defendant. | |

## PLAINTIFF CONSENT FORM

I, Dave Szarf, hereby consent to join the action against High Tech Communications, Inc., as a Plaintiff to assert claims for overtime pay. If this case does not proceed collectively, I also consent to join any subsequent action to assert claims against High Tech Communications, Inc. for overtime pay. During the past two years, there were occasions when I worked over 40 hours per week as an inside sales person and did not receive overtime compensation.

_Dave Szarf_
Signature

_Dave Szarf_
Print Name