IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVE SZARF )
)
v. ) No. 3-10-0203
)
HIGH TECH COMMUNICATIONS, )
INC. d/b/a Cellular Plus; and SCOTT )
A. JONES )

O R D E R

By notice issued contemporaneously with the filing of the complaint, the initial case management conference was scheduled on April 29, 2010, at which time it appeared to counsel and the Court that there was a reasonable possibility that the parties could reach an early resolution of this case inasmuch as defendants' counsel represented that the defendants have already compensated its employees for unpaid overtime.

Therefore, by May 7, 2010, the defendants shall provide to the plaintiff the back up documentation relating to the hours worked by its employees (clock in and clock out times), the previously paid and unpaid hours, and hourly rates.

Thereafter, the parties shall engage in any appropriate settlement discussions.

Counsel for the parties shall convene a telephone conference call with the Court on **Wednesday, May 19, 2010, at 1:00 p.m.,** to be initiated by defendant's counsel, to address whether the parties have been able to reach a settlement, and, if not, whether they anticipate being able to reach a settlement, and, if not, to address entry of an initial case management order.

Entry of the initial case management order will be deferred until after the May 19, 2010, conference call.

To the extent that Local Rule 23.01 applies to a conditional § 216(b) FLSA class, the time for the plaintiff to move for conditional class certification and/or expedited court-supervised notice[1] is extended and deadlines for filing such a motion will be established if the parties are unable to reach an early settlement.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Local Rule 23.01 provides that motions for class certification shall be filed within 60 days of the filing of the complaint.