IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVE SZARF )
 )
v. ) No. 3-10-0203
 )
HIGH TECH COMMUNICATIONS, )
INC. d/b/a Cellular Plus; and SCOTT )
A. JONES )

O R D E R

On July 19, 2010, the plaintiff filed a "Motion for Conditional Certification as a Class" (Docket Entry No. 17).

In accord with the order entered June 17, 2010 (Docket Entry No. 16), the defendants shall have until August 2, 2010, to file a response to the motion. Any reply, if necessary, shall be filed within ten (10) calendar days of the filing of the response or by August 12, 2010, if the response is filed on August 2, 2010.

No other filings in support of or in opposition to the plaintiff's pending motion for conditional class certification shall be made except with the express permission of the District Judge.

There shall be no stay of discovery before the November 15, 2010, deadline for completion of fact discovery or the January 21, 2011, deadline for completion of expert discovery despite the pendency of the motion for conditional class certification.

The Clerk is directed to forward the file in this case to the Honorable Robert L. Echols[1] for his consideration of the plaintiff's motion for conditional certification and accompanying memorandum in support (Docket Entry Nos. 17-19),[2] the defendants' response to be filed by August 2, 2010, and any reply, if necessary, to be filed no later than August 12, 2010.

---

[1] Since Judge Echols intends to retire at the end of July of 2010, the case will be reassigned to another District Judge.

[2] Docket Entry Nos. 18 and 19 are identical, duplicative filings.

As a housekeeping matter, the Clerk is directed to terminate the plaintiff's memorandum (Docket Entry No. 18) as a motion, since it is not a pending motion.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge