IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVE SZARF, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-0203 |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Griffin |
| | ) | |
| HIGH TECH COMMUNICATIONS, | ) | |
| INC., d/b/a CELLULAR PLUS, and | ) | |
| SCOTT JONES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

I hereby **RECUSE** myself in this action. The file shall be returned to the clerk for reassignment.

It is so ORDERED.

Entered this 5th day of August, 2010.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT